# IN THE SUPREME COURT OF THE STATE OF NEVADA

LAWRENCE GEORGE WORTHEN,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,
Respondent,
  and
THE HONORABLE MATHEW
HARTER, DISTRICT JUDGE,
Real Party in Interest.

No. 78360

FILED

APR 17 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING PETITION

This petition was docketed in this court on March 20, 2019, without payment of the requisite filing fee. On that same day a notice was issued directing petitioner to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this petition. To date, petitioner has not paid the filing fee or otherwise responded to this court's notice. Accordingly, cause appearing, this petition is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:   Hon. Mathew Harter, District Judge
      Lawrence George Worthen
      Attorney General/Carson City
      Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

19-16878